JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AVILA, ) | CASE NO. 2:11-cv-08330-DMG(DTBx) |
| ) Plaintiff, ) | **ORDER RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES [10]** |
| vs. ) | |
| THE LAW OFFICE OF JOHN P. ) FRYE, PC, ) | |
| ) Defendant. ) | |

The Court has reviewed the Stipulation of Defendant THE LAW OFFICE OF JOHN P. FRYE, PC ("Defendant"), by and through its counsel of record, Jeanne L. Zimmer, and by Plaintiff Rene Avila, *In Pro Per* ("Plaintiff"), to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

1

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2  to Fed. R. Civ. P. 41(a)(1).  The parties shall bear their own costs and expenses.
3  IT IS SO ORDERED.
4
5
6  **\*\* Scheduling Conference Hearing Date of January 20, 2012 at 11:00 a.m. is**
7  **hereby VACATED.\*\***
8
9  DATED: December 27, 2011
10  
_____
11  DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE